## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ANTHONY AUSTINE UKOFIA,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, TERRY LOUIE, JARED DRENGSON, AMY ZASKE, BOARD OF IMMIGRATION APPEALS, SHERBURNE COUNTY JAIL, and RACHEL CANNINGS,<br><br>Defendants. | Case No. 09-CV-184 (PJS/JJG)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: April 9, 2009         s/Patrick J. Schiltz
                              Patrick J. Schiltz
                              United States District Judge